**No. 49182.**—Protest 4804–K of P. P. Tyrimos (New York).

Opinion by KEEFE, J. In view of the documentary evidence produced the court found that the total tare of cases, and tins, and brine, in respect to the cheese involved in entry 844952, is 379 pounds rather than 191 pounds and that an allowance therefor should have been made in determining the net weight of the cheese. To this extent the protest was sustained.

**No. 49183.**—Protest 14705–K of Max Landau & Co. (New York).

Opinion by KEEFE, J. From the documentary evidence produced the court found that the net dutiable weight is 21,944 pounds. The protest was therefore sustained to this extent.

**No. 49184.**—Protest 620776–G of Aliotte & Son (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to the Provolone cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held to be properly dutiable upon the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the strings, less 2½ percent for inedible coverings. Protest sustained to this extent. Abstracts 40880 and 41794 cited.

JANUARY 27, 1944

**No. 49185.**——Petition 6154–R of A. W. Fenton Co. . Government's application for rehearing granted.

BEFORE THE SECOND DIVISION, FEBRUARY 2, 1944

**No. 49186.**—Protest 102861–K of Tara Singh (New York).

Opinion by TILSON, J. The record showed that the mufflers in question are similar to those involved in Abstract 45938. the record in which was admitted in evidence herein. In accordance therewith the claim at 60 percent under paragraph 1209 was sustained.